SHAWN N. ANDERSON
United States Attorney
DEVARUP RASTOGI
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TREVOR JOHN COLLISON,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 25-00004<br><br>**ORDER** |

TREVOR COLLINSON, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, TREVOR JOHN COLLISON, is committed to the U.S. Marshal's Office for the District of Guam for removal to the Southern District of Iowa and there deliver him to the U.S. Marshal for the Southern District of Iowa, or to some other officer authorized to receive him.

**SO ORDERED** on this 22nd of January, 2025.

Frances Tydingco-Gatewood
Chief Judge, District of Guam